IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kevin D. Jordan,                          :
               Appellant          :
                                          :
        v.                              :          No. 496 C.D. 2016
                                          :
Trevor A. Wingard and                     :
Kathleen G. Kane                          :

# **O R D E R**

NOW, January 12, 2017, having considered appellant's application for reargument *en banc*, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge